Michael H. Steinberg (CSB No. 134179)
steinbergm@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 712-6600
Facsimile: (310) 407-2674

Brendan P. Cullen (CSB No. 194057)
cullenb@sullcrom.com
Shawn Joe Lichaa (CSB No. 250902)
lichaas@sullcrom.com
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

Attorneys for MPEG LA, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIOSTREAM, INC., <br><br> Plaintiff, <br><br> v. <br><br> MPEG LA, L.L.C., <br><br> Defendant. | Case No. 10-CV-05979 JDF <br><br> **STIPULATION AND [PROPOSED] ORDER RESETTING CASE MANAGEMENT CONFERENCE** <br><br> Judge:  Honorable Jeremy D. Fogel <br><br> Hearing Date: June 10, 2011 <br> Time: 9:00 a.m. <br> Courtroom: 3 |

**STIPULATION AND [PROPOSED] ORDER**

Plaintiff MedioStream, Inc. ("MedioStream") and Defendant MPEG LA, L.L.C. ("MPEG LA") (collectively, the "Parties"), by and through their undersigned counsel, hereby agree and stipulate as follows:

**AGREEMENT**

1. MedioStream filed its Complaint for Declaratory Relief and Breach of Contract on December 30, 2010 ("Complaint").

2. On February 1, 2011, this Court set an initial case management conference for April 1, 2011. (Dkt. # 8.)

3. MedioStream did not serve its Complaint on MPEG LA until March 9, 2011, at which time it also served the notice of the initial case management conference.

4. On March 18, 2011, MPEG LA advised MedioStream of its intention to move to dismiss the Complaint for lack of subject matter jurisdiction. After conferring about the substance of the motion and discussing available hearing dates with the Court, the Parties agreed to hold the hearing on MPEG LA's motion to dismiss at 9:00 a.m. on June 10, 2011.

**STIPULATION**

1. The Parties agree to reset the case management conference currently set for April 1, 2011 to June 10, 2011 at 9:00 a.m., to be held in conjunction with MPEG LA's concurrently filed motion to dismiss MedioStream's Complaint.

**ORDER**

In the interest of judicial economy and for good cause this Court HEREBY ORDERS that the Case Management Conference of the Parties be reset from April 1, 2011 to June 10, 2011 at 9:00 a.m.

IT IS SO ORDERED.

DATED: 3/31/11

*[signature]*

THE HON. JEREMY D. FOGEL
UNITED STATES DISTRICT COURT JUDGE

Dated: March 30, 2011        /s/ Michael H. Steinberg

Michael H. Steinberg (CSB No. 134179)
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:   (310) 712-6600
Facsimile:    (310) 407-2674

Brendan P. Cullen (CSB No. 194057)
Shawn Joe Lichaa (CSB No. 250902)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California  94303
Telephone:   (650) 461-5600
Facsimile:    (650) 461-5700

Attorneys for MPEG LA, L.L.C.

Dated: March 30, 2011        /s/ Byron Cooper

Byron Cooper (CSB No. 166578)
530 Lytton Avenue, Suite 200
Palo Alto, California 94301
Telephone:   (650) 283-4244
Facsimile:    (650) 617-3201

Attorneys for MEDIOSTREAM, INC

-2-