1  Michael H. Steinberg (CSB No. 134179)
   steinbergm@sullcrom.com
2  SULLIVAN & CROMWELL LLP
   1888 Century Park East, Suite 2100
3  Los Angeles, CA 90067
   Telephone:  (310) 712-6600
4  Facsimile:   (310) 407-2674

5  Brendan P. Cullen (CSB No. 194057)
   cullenb@sullcrom.com
6  Shawn Joe Lichaa (CSB No. 250902)
   lichaas@sullcrom.com
7  SULLIVAN & CROMWELL LLP
   1870 Embarcadero Road
8  Palo Alto, California  94303
   Telephone:  (650) 461-5600
9  Facsimile:   (650) 461-5700

10 Attorneys for MPEG LA, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIOSTREAM, INC., <br><br> Plaintiff, <br><br> v. <br><br> MPEG LA, L.L.C., <br><br> Defendant. | Case No. 10-CV-05979 EJD <br><br> **STIPULATION AND [PROPOSED] ORDER RESETTING HEARING ON DEFENDANT'S MOTION TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE** <br><br> Judge:   Honorable Edward J. Davila <br><br> Hearing Date: September 16, 2011 <br> Time:  9:00 a.m. <br> Courtroom:  1 |

# STIPULATION AND [PROPOSED] ORDER

Plaintiff MedioStream, Inc. ("MedioStream") and Defendant MPEG LA, L.L.C. ("MPEG LA") (collectively, the "Parties"), by and through their undersigned counsel, hereby agree and stipulate as follows:

## AGREEMENT

1. MedioStream filed its Complaint for Declaratory Relief and Breach of Contract on December 30, 2010 ("Complaint"). (Dkt. #1.)

2. After MedioStream declined to proceed before a magistrate judge, this matter was assigned to District Court Judge Jeremy D. Fogel on February 1, 2011. (Dkt. #8.)

3. MedioStream served its Complaint on MPEG LA on March 9, 2011.

4. On March 20, 2011, MPEG LA timely moved to dismiss the Complaint, and noticed the hearing for June 10, 2011. (Dkt. #10.) The initial case management conference in this matter was also scheduled for June 10, 2011. (Dkt. #19.)

5. On April 25, 2011, this matter was reassigned to the Honorable Edward J. Davila. (Dkt. #20.)

6. On April 29, 2011, the Court reset the hearing on the motion to dismiss as well as the initial case management conference for September 2, 2011. (Dkt. # 21.)

7. Counsel for MPEG LA is not available on September 2, 2011, and, accordingly, inquired with the Court and received the available dates and times which the Court may hear these matters.

## STIPULATION

1. The Parties agree to reset the case management conference and motion to dismiss currently set for September 2, 2011 to September 16, 2011 at 9:00 a.m., or as soon thereafter as these matters may be heard by the Court.

# ORDER

For good cause this Court HEREBY ORDERS that the hearing on Defendant MPEG LA's motion to dismiss and the initial case management conference of the Parties be reset from September 2, 2011 to September 16, 2011 at 9:00 a.m. and 10:00 a.m respectively.

IT IS SO ORDERED.

DATED: May 17, 2011

_____
THE HON. EDWARD J. DAVILA
UNITED STATES DISTRICT COURT JUDGE

Dated: May 12, 2011    /s/ Michael H. Steinberg

Michael H. Steinberg (CSB No. 134179)
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:  (310) 712-6600
Facsimile:   (310) 407-2674

Brendan P. Cullen (CSB No. 194057)
Shawn Joe Lichaa (CSB No. 250902)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California  94303
Telephone:  (650) 461-5600
Facsimile:   (650) 461-5700

Attorneys for MPEG LA, L.L.C.

Dated:  May 12, 2011    /s/ Byron Cooper  (with permission)

Byron Cooper (CSB No. 166578)
530 Lytton Avenue, Suite 200
Palo Alto, California 94301
Telephone:  (650) 283-4244
Facsimile:   (650) 617-3201

Attorneys for MEDIOSTREAM, INC