IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIOSTREAM, INC., | No. 5:10-cv-05979 EJD |
| Plaintiffs, | **ORDER OF RECUSAL** |
| v. | |
| MPEG LA, L.L.C., | |
| Defendants. | |

I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that it be reassigned pursuant to the provisions the Assignment Plan.

In light of this recusal, the previously-issued order of submission (Docket Item No. 47) is VACATED. The pending motions must be re-noticed before the newly assigned Judge.

**IT IS SO ORDERED.**

DATED: October 14, 2011

EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

Case No. 5:10-cv-05979 EJD
ORDER OF RECUSAL